IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TEVIN MCDONALD,<br><br>    Defendant. | CRIMINAL ACTION FILE<br><br>NO. 1:22-CR-335-MHC-JSA |

## ORDER

This action comes before the Court on the July 16, 2024, Final Report and Recommendation ("R&R") of Magistrate Judge Justin S. Anand [Doc. 32] recommending that Defendant be found competent to stand trial. The Order for Service of the R&R [Doc. 33] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. The R&R itself indicates that the parties stipulated to the competency findings in the expert's report. R&R at 2.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain

error.  See <u>United States v. Slay</u>, 714 F.2d 1093, 1095 (11th Cir. 1983).  The Court finds no clear error and that the R&R is supported by law.

Accordingly, the Court **ADOPTS** the R&R [Doc. 32] as the Opinion and Order of the Court.  It is hereby **ORDERED** that Defendant is found **COMPETENT TO STAND TRIAL**.

**IT IS SO ORDERED** this 12th day of August, 2024.

_____
MARK H. COHEN
United States District Judge